# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| RICCARDO HOLYFIELD, | ) | |
| | ) | 23 C 01551 |
| Plaintiff, | ) | |
| | ) | Judge Charles P. Kocoras |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER BURNS, STAR NO. 4206, | ) | |
| OFFICER SHERROD, STAR NO. 14849, | ) | |
| and THE CITY OF CHICAGO, a municipal | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: All Counsel of Record

Please take notice that on **June 8, 2023 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I or one of my colleagues shall appear telephonically before the Honorable John P. Kocoras and shall then and there present **Defendants' Partial Motion to Dismiss Plaintiff's Complaint**.

Date: June 2, 2023    Respectfully submitted,

BY:  */s/ David R. Condron*
David R. Condron
Assistant Corporation Counsel Supervisor

-1-

David R. Condron, Assistant Corporation Counsel Supervisor
Federal Civil Rights Litigation Division
City of Chicago, Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
312.742.0170 (Phone)
david.condron@cityofchicago.org
Attorney No. 6273811